FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 21 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO.:
: 1:13-CR-326-JEC-JSA
VICTOR COVERA-PENALOZA :

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY[1]

The defendant, by consent, has appeared before the undersigned and has entered a plea of guilty to the indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was knowing and voluntary, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. It is therefore **RECOMMENDED** that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**SO ORDERED** this 21st day of November, 2013.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

---

[1] Failure to file written objections to this Report and Recommendation within FOURTEEN (14) days after service of this Report and Recommendation shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).